## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **JONATHAN EDWARDS, SHARRON EDWARDS, and VILMA HALL,** individually and on behalf of all similarly situated individuals, | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) CIVIL ACTION NO. 07-0160-KD-C ) |
| **ACCREDITED HOME LENDERS, INC.; LENDER'S FIRST CHOICE AGENCY, INC.; LENDER'S FIRST CHOICE AGENCY OF ALABAMA, INC.,** | ) ) ) ) ) |
| Defendants. | ) |

### ORDER

This matter is before the court on the motion of defendant Accredited Home Lender's Inc. (Accredited) to amend the briefing schedule (doc. 161). Upon consideration, the motion is **GRANTED**. Defendant Accredited is **ORDERED** to respond only to the plaintiffs' supplemental briefing on or before **January 15, 2009**. Defendant's response to plaintiffs' motion for class certification shall be due thirty (30) days after the Court's decision on the supplemental briefing, should a response be necessary.

**DONE** and **ORDERED** this the 24th day of December, 2008.

    s / Kristi K. DuBose
    **KRISTI K. DuBOSE**
    **UNITED STATES DISTRICT JUDGE**