IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JONATHAN EDWARDS, SHARRON EDWARDS, and VILMA HALL,** individually and on behalf of all similarly situated individuals, | )<br>)<br>)<br>) |
| **Plaintiffs,** | )<br>) |
| vs. | ) **CIVIL ACTION NO. 07-0160-KD-C** |
| **ACCREDITED HOME LENDERS, INC.; LENDER'S FIRST CHOICE AGENCY, INC.; LENDER'S FIRST CHOICE AGENCY OF ALABAMA, INC.,** | )<br>)<br>)<br>)<br>) |
| **Defendants.** | ) |

## ORDER

This matter is before the court on the motion of plaintiffs Jonathan and Sharron Edwards for leave to file short reply briefs in reply to defendant Accredited Home Lender's Inc.'s response to plaintiffs' motion to intervene and response to plaintiffs' supplemental memorandum on class certification (docs. 168, 169). Upon consideration, the motion is **GRANTED**. Plaintiffs shall file their short reply briefs on or before **February 4, 2009**.

**DONE** and **ORDERED** this the 30th day of January, 2009.

                                               **s / Kristi K. DuBose**
                                               **KRISTI K. DuBOSE**
                                               **UNITED STATES DISTRICT JUDGE**