**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **JONATHAN and SHARRON EDWARDS,** individually and on behalf of all similarly situated individuals,        ) ) ) ) | |
| **Plaintiffs,**        ) ) | |
| vs.        ) ) | **CIVIL ACTION NO. 07-0160-KD-C** |
| **ACCREDITED HOME LENDERS, INC.,** et al.,        ) ) ) | |
| **Defendants.**        ) | |

## ORDER

This matter is before the court on defendant Accredited Home Lender's Inc.'s motion for leave to file surreply to the intervenors' reply to Accredited's response to the motion to intervene (doc. 173).  Upon consideration, the motion is **GRANTED**.  Defendant shall files it surreply on or before **February 25, 2009**.  This matter shall be taken under submission on **February 26, 2009,** and no further pleadings shall be allowed.

**DONE** and **ORDERED** this the 13th day of February, 2009.

                                             s / Kristi K. DuBose
                                             **KRISTI K. DuBOSE**
                                             **UNITED STATES DISTRICT JUDGE**