IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JONATHAN EDWARDS, SHARRON EDWARDS, VILMA HALL, FLOYD JONES and BARBARA JONES,** individually and on behalf of all similarly situated individuals, | )<br>)<br>)<br>)<br>)<br>) |
| **Plaintiffs,** | )<br>) |
| vs. | ) CIVIL ACTION NO. 07-0160-KD-C<br>) |
| **ACCREDITED HOME LENDERS, INC.; LENDER'S FIRST CHOICE AGENCY, INC.; and LENDER'S FIRST CHOICE AGENCY OF ALABAMA, INC.,** | )<br>)<br>)<br>)<br>) |
| **Defendants.** | ) |

## ORDER

This action remains stayed pursuant to 11 U.S.C. § 362 on basis that defendants Accredited Home Lenders, Inc., Lender's First Choice Agency, Inc., and Lender's First Choice Agency of Alabama, Inc., filed for bankruptcy protection under Chapter 11 of the United States Bankruptcy Code. On April 1, 2011, plaintiffs reported that all defendants remain in bankruptcy proceedings, motions are pending in that proceeding, and that this action should remain stayed due to the defendants' bankruptcies. (Doc. 187). On April 5, 2011, this Court ordered plaintiffs to file a joint report regarding the status of these bankruptcy proceedings on or before October 14, 2011. The status report has not been filed. (Doc. 188).

Accordingly, plaintiffs are **ORDERED** to file a joint report regarding the status of these bankruptcy proceedings on or before **November 22, 2011**.

**DONE** and **ORDERED** this 31st day of October, 2011.

    s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**